UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDERICK H. WILLIAMS,

    Plaintiff,

        v.

LASHONDA S. ADAMS,

    Defendant.

Case No. 23-cv-2646-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on plaintiff Frederick H. Williams's motion for leave to file an amended complaint (Doc. 7) and motion for appointment of counsel (Doc. 8).   In an order dated August 2, 2023, the Court noted that Williams's original pleading did not appear to state any cause of action over which this Court has subject matter jurisdiction, and the Court gave Williams until August 25, 2023, to file an amended pleading.

    The Court construes Williams's motion for leave to file an amended pleading as a motion for an extension of time to file the amended pleading allowed by the Court's jurisdiction order. The Court **GRANTS** the motion for an extension of time and **ORDERS** that Williams shall have up to and including October 13, 2023, to file an amended pleading curing the jurisdictional defects noted in the Court's August 2, 2023, order.   The Court advises Williams that in his amended complaint, he should state clearly what happened in the incident in question in a short and plain statement using short, simple sentences.   *See* Fed. R. Civ. P. 8(a).

    The Court **DENIES** Williams's motion for recruitment of counsel **without prejudice** (Doc. 8) until it determines it has jurisdiction over Williams's claims.   It further **RESERVES RULING** on his motion for leave to proceed *in forma pauperis* (Doc. 4).

**IT IS SO ORDERED.**
**DATED: August 30, 2023**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**